UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS MEYER, as Trustee of the Iris Meyer Trust,<br>　　　　　　　Plaintiff,<br><br>　　– against –<br><br>RAFIK AHMAD and SHAREEF GENERAL CONSTRUCTION, LLC,<br>　　　　　　　Defendants. | ORDER<br><br>08-CV-5147 |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 17 2010 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

The October 1, 2009 Report and Recommendation of the magistrate judge is adopted on the merits, in the absence of timely objection by defendant Shareef General Construction, LLC ("SGC"). Plaintiff's motion for a default judgment against defendant SGC is granted. Plaintiff's motion for a default judgment against defendant Ahmad is denied without prejudice.

Plaintiff shall submit a proposed default judgment against defendant SGC consistent with the magistrate judge's Report and Recommendation.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: March 16, 2010
　　　Brooklyn, New York

