UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
IRIS MEYER, as Trustee of the Iris Meyer
Trust,

        -V-

RAFIK AHMAD and SHAREEF GENERAL
CONSTRUCTION LLC
-------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 3 0 2010 ★
BROOKLYN OFFICE

ORDER
CV08-5147 (JBW)

No timely objection to the Magistrate Judge's report of August 20, 2010, having been filed, plaintiff's motion for default judgment is granted as to defendant Ahmad, awarding plaintiff compensatory damages in the amount of $31,602.96, jointly and severally with defendant SGC, and no punitive or other damages. No costs or disbursements.

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 9/28/10

